**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SANTANDER BANK, N.A. | : | No. 9 MM 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RALPH LOUIS DOUROS AND SANDRA L. DOUROS | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: RALPH LOUIS DOUROS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.